# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FirstMerit Bank, N.A., successor in interest to Midwest Bank and Trust Company, successor to Midwest Bank of Hinsdale<br><br>Plaintiff,<br><br>v.<br><br>Emerald Properties, L.L.C., an Illinois limited liability company; Dominic J. Naso; Gregory J. Naso<br><br>Defendants. | Case No. 13 cv 05961<br><br>Assigned Judge: Marvin E. Aspen<br><br>Magistrate Judge: Michael T. Mason<br><br>Property Address:<br>13816 High Road<br>Lockport, Illinois 60441 |

## MOTION FOR JUDGMENT OF FORECLOSURE AND SALE

NOW COMES the Plaintiff, FirstMerit Bank, N.A., successor in interest to Midwest Bank and Trust Company, successor to Midwest Bank of Hinsdale, by its attorneys Crowley & Lamb, P.C., and moves the Court for the entry of a Judgment of Foreclosure and Sale in its favor and against the Defendant(s):

Emerald Properties, L.L.C., an Illinois limited liability company, Dominic J. Naso, Gregory J. Naso and as grounds thereof state:

As appears from the Affidavit of Plaintiff attached to Plaintiff's Motion for Summary Judgment, and from the pleadings and admissions on file, there is no genuine issue as to any material fact, and the Plaintiff is entitled to a Judgment of Foreclosure and Sale in this case as a matter of law.

                                          FirstMerit Bank, N.A., successor in interest to
                                          Midwest Bank and Trust Company, successor to
                                          Midwest Bank of Hinsdale

                                          By: /s/ Matthew L. Hendricksen
                                                    One of Its Attorneys

James M. Crowley (ARDC #6182597)
Matthew L. Hendricksen (ARDC#6296720)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
jcrowley@crowleylamb.com
mhendricksen@crowleylamb.com