IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FirstMerit Bank, National Association, a national banking association, as successor in interest to the Federal Deposit Insurance Corporation, receiver for Midwest Bank and Trust Company, successor to Midwest Bank of Hinsdale<br><br>Plaintiff,<br><br>v.<br><br>Emerald Properties, L.L.C., an Illinois limited liability company; Dominic J. Naso; Gregory J. Naso; East Iowa Decks, Inc.<br><br>Defendants. | Case No. 13 cv 05961<br><br>Assigned Judge: Marvin E. Aspen<br><br>Magistrate Judge: Michael T. Mason<br><br>Property Address:<br>13816 High Road<br>Lockport, Illinois 60441 |

## AMENDED MOTION FOR JUDGMENT OF FORECLOSURE AND SALE

NOW COMES the Plaintiff, FirstMerit Bank, National Association, a national banking association, as successor in interest to the Federal Deposit Insurance Corporation, receiver for Midwest Bank and Trust Company, successor to Midwest Bank of Hinsdale, by its attorneys Crowley & Lamb, P.C., and moves the Court for the entry of a Judgment of Foreclosure and Sale in its favor and against the Defendant(s):

Emerald Properties, L.L.C., Dominic J. Naso, Gregory J. Naso, and East Iowa Decks, Inc. and as grounds thereof states:

(remainder of this page is intentionally blank)

As appears from the Affidavit of Plaintiff attached to Plaintiff's Amended Motion for Summary Judgment, and from the pleadings and admissions on file, there is no genuine issue as to any material fact, and the Plaintiff is entitled to a Judgment of Foreclosure and Sale in this case as a matter of law.

FirstMerit Bank, National Association, a national banking association, as successor in interest to the Federal Deposit Insurance Corporation, receiver for Midwest Bank and Trust Company, successor to Midwest Bank of Hinsdale

By: /s/ Matthew L. Hendricksen
One of Its Attorneys

James M. Crowley (ARDC #6182597)
Matthew L. Hendricksen (ARDC#6296720)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
jcrowley@crowleylamb.com
mhendricksen@crowleylamb.com