IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FirstMerit Bank, National Association, a national banking association, as successor in interest to the Federal Deposit Insurance Corporation, receiver for Midwest Bank and Trust Company, successor to Midwest Bank of Hinsdale<br><br>                      Plaintiff,<br><br>v.<br><br>Emerald Properties, L.L.C., an Illinois limited liability company; Dominic J. Naso; Gregory J. Naso; East Iowa Decks, Inc.<br><br>                      Defendants. | Case No. 13 cv 05961<br><br>Assigned Judge: Marvin E. Aspen<br><br>Magistrate Judge: Michael T. Mason<br><br>Property Address:<br>13816 High Road<br>Lockport, Illinois 60441 |

**PLAINTIFF'S MOTION TO APPROVE RECEIVER'S FIRST REPORT
AND RECEIVER'S SUPPLEMENT TO THE FIRST REPORT**

NOW COMES Plaintiff FirstMerit Bank, National Association, a national banking association, as successor in interest to the Federal Deposit Insurance Corporation, receiver for Midwest Bank and Trust Company, successor to Midwest Bank of Hinsdale ("FirstMerit" or "Plaintiff") by its attorneys Crowley & Lamb, P.C., and moves the Court to Approve the Receiver's First Report and Supplement to the First Report, and in support thereof states as follows:

       1.      On September 12, 2013, this Court granted Plaintiff's motion to appoint receiver. Doc. 20.

       2.      The order appointing receiver directed the receiver to file his first report by October 11, 2013 and set the mater for status on October 17, 2013. Doc. 20 ¶15.

3. The receiver filed his first report on October 10, 2013 which included information through September 30, 2013. Doc. 30.

4. Also on October 10, 2013. this Court struck and reset the October 17 status date.

5. A copy of the receiver's first report (Doc. 30) is attached hereto as Exhibit A.

6. On November 1, 2013, Plaintiff filed a motion to approve the first report.

7. On December 13, 2013, pursuant to this Court's December 2, 2013 briefing schedule (Doc. 56) Defendants filed an objection to the first report.

8. Subsequently, this Court has struck every hearing and status date and therefore the receiver's first report has not yet been presented or approved.

9. The receiver has prepared a supplement to the first report which includes information through March 20, 2014. A copy of the supplement is attached hereto as Exhibit B.

10. Plaintiff hereby requests this Court approve the receiver's first report and further, approve the receiver's supplement to the first report.

11. Additionally, Plaintiff's amended motion for summary judgment (Doc. 60) remains pending. In response to Plaintiff's motion, Defendants filed a motion to stay Plaintiff's motion for summary judgment (Doc. 62). Defendants' motion to stay was fully briefed (Doc. 68 and 70) as of January 15, 2014. The parties are awaiting a ruling on Defendants' motion to stay.

WHEREFORE, Plaintiff, FirstMerit Bank, National Association, a national banking association, as successor in interest to the Federal Deposit Insurance Corporation, receiver for Midwest Bank and Trust Company, successor to Midwest Bank of Hinsdale respectfully requests this Court approve the receiver's first report and supplement to the first report, and grant such other and further relief to which Plaintiff is entitled.

        FirstMerit Bank, National Association, a national banking association, as successor in interest to the Federal Deposit Insurance Corporation, receiver for Midwest Bank and Trust Company, successor to Midwest Bank of Hinsdale

        /s/ Matthew L. Hendricksen
        One of its Attorneys

James M. Crowley (ARDC #06182597)
Matthew L Hendricksen (ARDC # 6296720)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
jcrowley@crowleylamb.com
mhendricksen@crowleylamb.com