## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

| | | |
|---|---|---|
| FirstMerit Bank N.A. | | |
| | Plaintiff, | |
| v. | | Case No.: 1:13–cv–05961 |
| | | Honorable Marvin E. Aspen |
| Emerald Properties, L.L.C., et al. | | |
| | Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 19, 2015:

MINUTE entry before the Honorable Marvin E. Aspen:Pursuant to Stipulation to Dismiss Case With Prejudice [146], case is dismissed with prejudice with all parties to bear their own costs and fees. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.